PP:BT
F. #2024R00957

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*    AUGUST 12, 2025    *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

DAVID JONES,
     also known as "Biggz,"
ZESHAN FAZAL,
     also known as "Zdai," and
ROME JOHNSON,
     also known as "Jamel,"

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**I N D I C T M E N T**

Cr. No. 25-CR-254
(T. 18, U.S.C., §§ 371, 924(c)(1)(A)(i),
924(c)(1)(A)(ii), 924(d)(1), 981(a)(1)(C),
1704, 1708, 2114(a), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

Judge Orelia E. Merchant
Magistrate Judge Lara K. Eshkenazi

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Commit Offenses Against the United States)

1. In or about and between August 2024 and August 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DAVID JONES, also known as "Biggz," ZESHAN FAZAL, also known as "Zdai," and ROME JOHNSON, also known as "Jamel," together with others, did knowingly and willfully conspire to:

         (a)     steal, take and abstract from and out of one or more letter boxes, mail receptables, mail routes and other authorized depositories for mail matter one or more letters, postal cards, packages, bags and mail, and one or more articles and things contained therein, contrary to Title 18, United States Code, Section 1708.

2

(b)      rob a person having lawful charge, control and custody of property of the United States, to wit: a United States Postal Service mail carrier (the "Mail Carrier"), with intent to rob such property, contrary to Title 18, United States Code, Section 2114(a).

2.      In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants DAVID JONES, also known as "Biggz," ZESHAN FAZAL, also known as "Zdai," and ROME JOHNSON, also known as "Jamel," together with others, did commit and cause the commission of, among others, the following:

## OVERT ACTS

(a)      On or about September 9, 2024, JONES, FAZAL, and JOHNSON drove to the vicinity of 1402 Union Street in Brooklyn, New York.

(b)      On or about September 9, 2024, JONES, FAZAL, and JOHNSON robbed the Mail Carrier of a United States Postal Service arrow key at gunpoint in the vicinity of 1402 Union Street in Brooklyn, New York.

(c)      On or about February 23, 2025, JONES caused a check stolen from the mail worth approximately $4,000 to be deposited into his bank account.

(d)      On or about March 8, 2025, JONES caused a check stolen from the mail worth approximately $2,000 to be deposited into his bank account.

(e)      On or about March 19, 2025, JONES caused a check stolen from the mail worth approximately $1,675.79 to be deposited into his bank account.

(f)      On or about July 29, 2025, JONES, FAZAL, and JOHNSON stole bags of mail from a United States Postal Service relay box in the vicinity of East 80th Street and Farragut Road in Brooklyn, New York.

(g)    On or about July 29, 2025, JONES, FAZAL, and JOHNSON stole bags of mail from a United States Postal Service relay box in the vicinity of East 83rd Street and Avenue K in Brooklyn, New York.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

## COUNT TWO
(Robbery of a Person Having Custody of Property of the United States)

3.    On or about September 9, 2024, within the Eastern District of New York and elsewhere, the defendants DAVID JONES, also known as "Biggz," ZESHAN FAZAL, also known as "Zdai," and ROME JOHNSON, also known as "Jamel," together with others, did knowingly and intentionally rob a person having lawful charge, control and custody of property of the United States, to wit: the Mail Carrier, with intent to rob such property, and did rob and attempt to rob such person of such property, and in effecting and attempting to effect such robbery JONES, FAZAL, and JOHNSON did put such person's life in jeopardy by the use of a dangerous weapon, to wit: a firearm.

(Title 18, United States Code, Sections 2114(a), 2 and 3551 et seq.)

4

## COUNT THREE
(Possessing and Brandishing a Firearm During a Crime of Violence)

4.    On or about September 9, 2024, within the Eastern District of New York and elsewhere, the defendants DAVID JONES, also known as "Biggz," ZESHAN FAZAL, also known as "Zdai," and ROME JOHNSON, also known as "Jamel," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crime charged in Count Two, and did knowingly and intentionally possess such firearms in furtherance of such crime of violence, one of more of which firearms were brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

## COUNT FOUR
(Theft of a United States Postal Service Key)

5.    On or about September 9, 2024, within the Eastern District of New York and elsewhere, the defendants DAVID JONES, also known as "Biggz," ZESHAN FAZAL, also known as "Zdai," and ROME JOHNSON, also known as "Jamel," together with others, did knowingly and intentionally steal, purloin and embezzle a key to one or more authorized receptacles for the deposit and delivery of mail matter, to wit: a United States Postal Service arrow key.

(Title 18, United States Code, Sections 1704, 2 and 3551 et seq.)

## COUNT FIVE
(Mail Theft)

6.    On or about July 29, 2025, within the Eastern District of New York and elsewhere, the defendants DAVID JONES, also known as "Biggz," ZESHAN FAZAL, also known as "Zdai," and ROME JOHNSON, also known as "Jamel," together with others, did knowingly and intentionally steal, take and abstract from and out of a letter box, mail receptacle, mail route and other authorized depository for mail matter, to wit: a relay box located at East 80th Street and Farragut Road in Brooklyn, New York, one or more letters, postal cards, packages, bags and mail, and unlawfully have in their possession one or more letters, postal cards, packages, bags and mail, and one or more articles and things contained therein, which had been so stolen, taken and abstracted, knowing the same to have been stolen, taken and abstracted.

(Title 18, United States Code, Sections 1708, 2 and 3551 et seq.)

## COUNT SIX
(Mail Theft)

7.    On or about July 29, 2025, within the Eastern District of New York and elsewhere, the defendants DAVID JONES, also known as "Biggz," ZESHAN FAZAL, also known as "Zdai," and ROME JOHNSON, also known as "Jamel," together with others, did knowingly and intentionally steal, take and abstract from and out of a letter box, mail receptacle, mail route and other authorized depository for mail matter, to wit: a relay box located at East 83rd Street and Avenue K in Brooklyn, New York, one or more letters, postal cards, packages, bags and mail, and unlawfully have in their possession one or more letters, postal cards,

6

packages, bags and mail, and one or more articles and things contained therein, which had been so stolen, taken and abstracted, knowing the same to have been stolen, taken and abstracted.

(Title 18, United States Code, Sections 1708, 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE AND TWO

8.      The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any other criminal law of the United States.

9.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)     cannot be located upon the exercise of due diligence;

    (b)     has been transferred or sold to, or deposited with, a third party;

    (c)     has been placed beyond the jurisdiction of the court;

    (d)     has been substantially diminished in value; or

    (e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNT THREE

10.    The United States hereby gives notice to the defendants that, upon their conviction of the offense charged in Count Three, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924.

11.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

8

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS FIVE AND SIX

12.     The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts Five and Six, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

13.     If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendants up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code,

Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

/s/

_____
FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK